UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>POHOVICH, et al.,<br><br>Defendants. | No. 2:22-cv-1672-TLN-DB<br><br>**ORDER** |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that officers used excessive force against him on two occasions. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 1, 2023 (ECF No. 8) are ADOPTED IN FULL
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED; and
3. Plaintiff shall pay the $402 filing fee within thirty (30) days of receiving this order to proceed with this action.

Date: November 15, 2023

_____
Troy L. Nunley
United States District Judge

2