UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr., | No. 2:22-cv-1672 TLN DB P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| POHOVICH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that officer used excessive force against him on two occasions. By order dated, November 15, 2023, the district court determined that plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior to filing this action. (ECF No. 10.) Plaintiff was directed to pay the filing fee within thirty days or face dismissal of this action. (Id.) Those thirty days have passed, and plaintiff has not paid the fee, requested additional time to pay the fee, or otherwise responded to the court's order. Accordingly, the undersigned will recommend that this action be dismissed without prejudice for failure to prosecute and failure to comply with court orders.

////

////

////

1

For the reasons set forth above, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 4, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/driv1672.f&r.fee(3strikes)