UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, Jr., | No.  2:22-cv-1672-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| POHOVICH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 5, 2024, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 11.)  The time file objections passed, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on January 5, 2024 (ECF No. 11) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice; and
3. The Clerk of Court is directed to close this case.

Date: February 26, 2024

_____
Troy L. Nunley
United States District Judge